IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-143

ASHLEY GODSHALK and PETER HERSHAFT,

                Plaintiffs,

-against-

DELI MANAGEMENT, INC., d/b/a JASON'S DELI,

                Defendant.

## ORDER

This matter is before the Court on the Parties' Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement. The Court having reviewed the Motion and being fully advised of its premises,

IT IS HEREBY ORDERED that the Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement is **GRANTED**, the settlement of the Parties in the Agreement is hereby **APPROVED** by entry of stipulated **JUDGMENT**, and the terms of the Parties' Settlement Agreement are hereby incorporated into this Order.

This case is **DISMISSED WITH PREJUDICE**. The Court **RETAINS JURISDICTION** over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreement. The Clerk is hereby **DIRECTED** to enter stipulated judgment approving this settlement and is further **DIRECTED** to close this case.

///

///

///

**SO ORDERED** this 7 day of February, 2022.

_/s/ Terence W. Boyle_
TERENCE W. BOYLE
United States District Judge